**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

| | |
|---|---|
| In re:<br>Michelle Payne<br><br>Debtor(s) | Case No. 14-57084-MLO |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tammy L. Terry, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/31/2014.

2) The plan was confirmed on 02/27/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 09/16/2015.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was converted on 02/02/2017.

6) Number of months from filing to last payment: 27.

7) Number of months case was pending: 27.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $4,117.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $20,782.32 | |
| Less amount refunded to debtor | $340.95 | |
| **NET RECEIPTS:** | | **$20,441.37** |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $3,663.50 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $1,301.43 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$4,964.93** |
| Attorney fees paid and disclosed by debtor: | $342.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AAA | Unsecured | 2,867.00 | NA | NA | 0.00 | 0.00 |
| ACCEPTANCE NOW | Unsecured | 1,547.00 | NA | NA | 0.00 | 0.00 |
| Americollect Inc | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL SERVICES | Secured | NA | 13,705.28 | 14,975.00 | 5,970.13 | 1,256.13 |
| Associates Financial S | Unsecured | 47.00 | NA | NA | 0.00 | 0.00 |
| AT&T Mobility II LLC | Unsecured | NA | 0.00 | 323.35 | 0.00 | 0.00 |
| Atlas Acquisitions LLC | Unsecured | NA | 0.00 | 686.16 | 0.00 | 0.00 |
| Bridgeport Properties | Secured | NA | NA | NA | 0.00 | 0.00 |
| CBM Services Inc. | Unsecured | 16.00 | NA | NA | 0.00 | 0.00 |
| Chase auto | Unsecured | 7,336.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| CONGRESS COLLECTION CORP | Unsecured | 119.00 | NA | NA | 0.00 | 0.00 |
| CONGRESS COLLECTION CORP | Unsecured | 86.00 | NA | NA | 0.00 | 0.00 |
| CONSUMERS ENERGY COMPANY | Unsecured | NA | 0.00 | 702.83 | 0.00 | 0.00 |
| CREDIT ACCEPTANCE CORPORATIO | Secured | NA | 13,658.88 | 13,658.88 | 5,438.84 | 1,146.41 |
| Credit Collections Svc | Unsecured | 1,560.00 | NA | NA | 0.00 | 0.00 |
| Credit Collections Svc | Unsecured | 874.00 | NA | NA | 0.00 | 0.00 |
| Credit Collections Svc | Unsecured | 715.00 | NA | NA | 0.00 | 0.00 |
| Datasearch | Unsecured | 867.00 | NA | NA | 0.00 | 0.00 |
| Datasearch | Unsecured | 247.00 | NA | NA | 0.00 | 0.00 |
| Datasearch | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Datasearch | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| Datasearch | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| DTE Energy | Unsecured | 3,900.00 | NA | NA | 0.00 | 0.00 |
| Healthcare Financial S | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| IC System | Unsecured | 184.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 17,485.24 | 17,485.24 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | NA | 16.43 | 1,512.05 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 0.00 | 471.37 | 0.00 | 0.00 |
| Kmart Corp. | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| Knob in the Woods Apartments | Unsecured | NA | 0.00 | 3,810.71 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| L J Ross And Associate | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| Michigan Bell Telephone Company | Unsecured | NA | 0.00 | 149.48 | 0.00 | 0.00 |
| MICHIGAN DEPARTMENT OF TREAS | Priority | NA | 3,474.04 | 3,492.04 | 842.93 | 0.00 |
| MICHIGAN DEPARTMENT OF TREAS | Secured | NA | 2,054.97 | 2,054.97 | 822.00 | 0.00 |
| MICHIGAN DEPARTMENT OF TREAS | Unsecured | NA | 1,213.84 | 1,213.84 | 0.00 | 0.00 |
| OLIPHANT FINANCIAL | Unsecured | NA | 0.00 | 532.66 | 0.00 | 0.00 |
| Pellettieri | Unsecured | 1,320.00 | NA | NA | 0.00 | 0.00 |
| Pellettieri | Unsecured | 840.00 | NA | NA | 0.00 | 0.00 |
| Providence Hospital | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| Rent A Center | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| SPRINT CORP | Unsecured | NA | 0.00 | 1,260.77 | 0.00 | 0.00 |
| ST JOHN HEALTH SYSTEM C/O MMC | Unsecured | NA | 0.00 | 280.00 | 0.00 | 0.00 |
| ST JOHN OAKLAND HOSP CRNA - C/( | Unsecured | NA | 0.00 | 34.97 | 0.00 | 0.00 |
| The Integrun Group | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $30,688.85 | $12,230.97 | $2,402.54 |
| **TOTAL SECURED:** | **$30,688.85** | **$12,230.97** | **$2,402.54** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $5,004.09 | $842.93 | $0.00 |
| **TOTAL PRIORITY**: | **$5,004.09** | **$842.93** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$26,951.38** | **$0.00** | **$0.00** |

## Disbursements:

| | | |
|---|---|---|
| Expenses of Administration | $4,964.93 | |
| Disbursements to Creditors | $15,476.44 | |
| **TOTAL DISBURSEMENTS :** | | **$20,441.37** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 02/10/2017 By: /s/ Tammy L. Terry

Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.